**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7285**

OPHELIA AZRIEL DE'LONTA, a/k/a Michael Stokes,

Plaintiff - Appellant,

v.

GENE JOHNSON, Director/VADOC; L. EDMONDS, Warden/Buckingham Correctional Center; R. W. BOOKER, Assistant Warden/Buckingham Correctional Center; L. R. MONTALBANO; G. K. WASHINGTON,

Defendants - Appellees,

and

UNKNOWN DEFENDANTS,

Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:11-cv-00175-JCT-RSB)

Submitted: November 20, 2012        Decided: November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ophelia Azriel De'Lonta, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia Azriel De'Lonta appeals the district court's order denying relief on her complaint alleging violations under 42 U.S.C. § 1983 (2006) and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. De'Lonta v. Johnson, No. 7:11-cv-00175-JCT-RSB (W.D. Va. July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED